Attachment – Mediation Questionnaire
Service List

No.: 16-56125
D.C. No.: 2:16-cv-02572-BRO-AFM
Short Title: Ulises Garcia, et al v. Kamala Harris

| PARTIES | COUNSEL OF RECORD |
| --- | --- |
| Plaintiffs-Appellants Appellants Ulises Garcia, Jordan Gallinger, Brian Hill, Brooke Hill, Craig DeLuz, Scott Dipman, Albert Duncan, Tracey Graham, Lisa Jang, Dennis Serbu, Michael Veredas, Firearms Policy Foundation, Firearms Policy Coalition, Madison Society Foundation, and The Calguns Foundation | BENBROOK LAW GROUP, PC<br>Bradley A. Benbrook (SBN 177786)<br>Stephen M. Duvernay (SBN 250957)<br>400 Capitol Mall, Suite 1610<br>Sacramento, CA 95814<br>Telephone: (916) 447-4900<br>Facsimile: (916) 447-4904<br>brad@benbrooklawgroup.com<br>steve@benbrooklawgrou.com |
| Defendant-Appellee Kamala D. Harris, in her official capacity as Attorney General of California | Kamala D. Harris (SBN 146672)<br>Attorney General of California<br>Mark R. Beckington (SBN 126009)<br>Supervising Deputy Attorney General<br>John D. Echeverria (SBN 268843)<br>Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Telephone: (213) 897-4902<br>Facsimile: (213) 897-5775<br>John.Echeverria@doj.ca.gov |