# CERTIFICATE OF SERVICE

Case No. 16-56125

I hereby certify that on August 15, 2016 I electronically filed the following documents with the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system:

**-MEDIATION QUESTIONNAIRE**
**-MEDIATION QUESTIONNAIRE SERVICE LIST**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kelly Rosenbery